1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCINTO, an individual<br><br>Plaintiff,<br><br>v.<br><br>HI-TECH WELDING AND FORMING, INC., a business entity; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  08-cv-1155 IEG (CAB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>[Fed. Rule Civ. Proc. 41]<br><br>Complaint Filed: May 23, 2008 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Robert Scinto's and Defendant Hi-Tech Welding and Forming, Inc.'s joint motion for dismissal with prejudice of this action, in its entirety, pursuant to Federal Rule of Civil Procedure 41 is granted.  The action is dismissed with prejudice against all defendants.  Except as otherwise agreed in writing by the parties, each party shall bear his/its own costs and attorneys fees.

IT IS SO ORDERED.

Dated: June 2, 2009

_____
HON. IRMA E. GONZALEZ
UNITED STATES DISTRICT COURT
JUDGE